UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

——————————————————————— x

 ROBERT WEEKES, Individually, and On          :   Case No.: 1:22-cv-01339-VEC
Behalf of All Others Similarly Situated,          :
                                                                   :
                                                                   :
                              Plaintiff,               :
          vs.                                             :   **NOTICE OF VOLUNTARY DISMISSAL**
                                                                   :
                                                                   :
                                                                   :
CALM IN YOUR PALM, LLC,                      :
                                                                   :
                              Defendant.            :
                                                                   :
                                                                   :
——————————————————————— x


       Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Robert Weekes hereby gives notice that

the above-captioned action is voluntarily dismissed, with prejudice, against defendant Calm in

your Palm, LLC.

DATED:  June 13, 2022                    **MIZRAHI KROUB LLP**


                                                    ____/s/ Edward Y. Kroub____
                                                         EDWARD Y. KROUB

                                   EDWARD Y. KROUB
                                   JARRETT S. CHARO
                                   WILLIAM J. DOWNES
                                   200 Vesey Street, 24th Floor
                                   New York, NY  10281
                                   Telephone:  212/595-6200
                                   212/595-9700 (fax)
                                   ekroub@mizrahikroub.com
                                   jcharo@mizrahikroub.com
                                   wdownes@mizrahikroub.com

                                   *Attorneys for Plaintiff*