USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/15/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

ROBERT WEEKES, Individually, and On Behalf of All Others Similarly Situated,

                Plaintiff,

vs.

CALM IN YOUR PALM, LLC,

                Defendant.

---------------------------------------------------------------x

Case No.: 1:22-cv-01339-VEC

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Robert Weekes hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice, against defendant Calm in your Palm, LLC.

DATED: June 13, 2022

**MIZRAHI KROUB LLP**

    /s/ Edward Y. Kroub
    EDWARD Y. KROUB

EDWARD Y. KROUB
JARRETT S. CHARO
WILLIAM J. DOWNES
200 Vesey Street, 24th Floor
New York, NY 10281
Telephone: 212/595-6200
212/595-9700 (fax)
ekroub@mizrahikroub.com
jcharo@mizrahikroub.com
wdownes@mizrahikroub.com

*Attorneys for Plaintiff*

Application GRANTED.

SO ORDERED.

*[signature: Valerie Caproni]*

Date: 6/15/2022

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE